JUNE 16, 1988

No. 87–1375. REIFENHAUSER GMBH & CO. MASCHINEN-FABRIK ET AL. *v.* FMC CORP. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

No. 87–786. NORTHERN NATURAL GAS CO. ET AL. *v.* MOBIL OIL CORP. ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.